**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shawnette Johnson | CHAPTER 13 |
| | BKY. NO. 19-12077 AMC |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BSI Financial Services as servicer for Chondrite REO, LLC (5). and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Rebecca A. Solarz, Esq**
                      Rebecca A Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322