# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12077-AMC

SHAWNETTE  JOHNSON

869 N. MOSS STREET

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAWNETTE  JOHNSON

869 N. MOSS STREET

PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

YALONDA EVETTE HOUSTON, ESQ
LAW OFFICE OF YALONDA HOUSTON
208 WEST FRONT ST
MEDIA, PA 19063-

Date: 5/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee