United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12077-amc
Shawnette Johnson                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2           Date Rcvd: Jul 08, 2019
                              Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.

```
db          +Shawnette Johnson,   869 N. Moss Street,   Philadelphia, PA 19139-1836
cr          +BSI Financial Services as servicer for Chondrite R,   c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14322075   +++BSI Financial Services,   as servicer for Chondrite REO, LLC,   c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14299735    +BSI Financial Services,   1425 Greenway Dr.,   Irving, TX 75038-2447
14339521    +BSI Financial Services,   1425 Greenway Drive, #400,   Irving, TX 75038-2480
14307134    +Chondrite REO, LLC,   18451 N DALLAS PKWY,   SUITE 100,   Dallas, TX 75287-5209
14339163    +Chondrite REO, LLC(2),   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14307135    +Citizens,   1 Citizens Dr,   Riverside, RI 02915-3000
14307137     City of Philadelphia Traffic Court,   800 Spring Garden Street,   Phiadelphia, PA 19123-2690
14307139     Elan Financial Services,   P.O. Box 188,   Saint Louis, MO 63166
14307140    +FIRST PREMIER BANK,   601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
14307142    +HCCREDIT/FED,   203 E Emma Ave,   Suite A,   Springdale, AR 72764-4625
14299736    +KML Law Group., P.C.,   701 Market Street, Suite 5000,   BNY Mellon Independence Center,
              Philadelphia, PA 19106-1541
14307145    +Philadelphia Gas works,   P.O. Box 11700,   Newark, NJ 07101-4700
14307146    +TD BANK USA/TARGETCRED,   PO BOX 673,   Minneapolis, MN 55440-0673
14307147    +TMobile,   PO BOX 4499,   Beaverton, OR 97076-4499
14307148    +WELLS FARGO BANK,   PO BOX 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:23    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:12:59
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:29:13    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14316834     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:28:28
              Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
14307132    +E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:23
              CITY OF PHILA DEPARTMENT OF REVENUE,   MUNICIPAL SERVICES BUILDING CONCOURSE,
              1401 JOHN F KENNEDY BLVD,   Philadelphia, PA 19102-1617
14307133     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 03:29:15    Capital One Bank,
              1500 Capital One Drive,   Richmond, VA 23238
14307136    +E-mail/Text: megan.harper@phila.gov Jul 09 2019 03:13:23
              City of Philadelphia Law Department, Water R,   Municipal Service Building,
              1401 JFK Blvd., 5th Floor,   Philadelphia, PA 19102-1640
14307138    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 03:12:47    Comenity Bank/ Peir 1,
              P.O. Box 182189,   Columbus, OH 43218-2189
14307141    +E-mail/Text: bankruptcy@flexshopper.com Jul 09 2019 03:13:34    Flexshoper,
              2700 Military Terrace STE,   Boca Raton, FL 33431-1809
14316833     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:28:31    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14315491    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06    Midland Funding LLC,
              Po Box 2011,   Warren MI 48090-2011
14307143    +E-mail/Text: bankruptcygroup@peco-energy.com Jul 09 2019 03:12:44    PECO,
              2301 Market Street,   Philadelphia, PA 19103-1380
14307144    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:30:09
              PORTFOLIO RECOV ASSOC,   120 CORPORATE BLVD STE 1,   Norfolk, VA 23502-4952
14337353     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:28:25
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14321380    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2019 03:13:14    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14338142     E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2019 03:12:51
              Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
              Kirkland, WA  98083-0788
14300544    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:22    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14306078    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2019 03:30:37    T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jul 08, 2019
                              Form ID: pdf900         Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14324434*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
          REBECCA ANN SOLARZ    on behalf of Creditor    BSI Financial Services as servicer for Chondrite REO,
           LLC (5) bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Chondrite REO, LLC(2) bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    CHONDRITE REO, 2015-LT1(12) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          YALONDA EVETTE HOUSTON    on behalf of Debtor Shawnette  Johnson yhoustonlaw@yahoo.com
                                                                                        TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWNETTE JOHNSON                                    Chapter 13

                Debtor                     Bankruptcy No. 19-12077-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

        AND NOW, this __8th__ day of __July__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

                                            _____
                                            Ashely M. Chan
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
YALONDA EVETTE HOUSTON, ESQ
LAW OFFICE OF YALONDA HOUSTON
208 WEST FRONT ST
MEDIA, PA 19063-

Debtor:
SHAWNETTE JOHNSON

869 N. MOSS STREET

PHILADELPHIA, PA 19139-